ACCEPTED
03-15-00083-CV
7761529
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 11:28:34 AM
JEFFREY D. KYLE
CLERK

**GARDERE**

**John MacVane**
Direct Dial: 713-276-5281
Direct Fax: 713-276-6281
Email: jmacvane@gardere.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 11:28:34 AM
JEFFREY D. KYLE
Clerk

November 10, 2015

**VIA ELECTRONIC FILING**

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

      Re:    Cause No. 03-15-00083-CV; Craig A. Washington v. Commission for
               Lawyer Discipline; In the Third Court of Appeals

Dear Mr. Kyle:

Please be advised that the undersigned attorney, John MacVane will present oral argument for the Appellant on December 16, 2015 at 1:30 p.m.

Should you have any questions, please do not hesitate to contact me.

                        Sincerely,

                        John MacVane

JM/tg
099912.000434/7311927

cc:    ***Via Electronic Service***
       Cynthia Canfield Hamilton
       Office of the Chief Disciplinary Counsel
       State Bar of Texas
       P.O. Box 12487
       Austin, Texas 78711-2487

GARDERE WYNNE SEWELL LLP   AUSTIN | DALLAS | HOUSTON | MEXICO CITY | gardere.com
2000 Wells Fargo Plaza, 1000 Louisiana Street, Houston, Texas 77002   t 713.276.5500   f 713.276.5555